# PD-1691&1692&1693-15

## COURT OF CRIMINAL APPEALS

TYLER LEBLANC    §
TDCJ# 01969518    §
     Appellant    §
        §

FILED IN
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

VS.    §

THE STATE OF    §
   TEXAS    §
     Appellee    §
        §

Trial Cause Nos. 09-15-00439-CR
09-15-00440-CR
09-15-00441-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 28 2015
Abel Acosta, Clerk

### MOTION TO FILE TIME EXTENSION FOR PDR
### UNDER TEXAS RULES OF APPELLATE PROCEDURE 10.5

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Tyler Leblanc, TDCJ ID# 1969518, Appellant Pro-Se and Layman-At-Law, and respectfully moves this Court for a time extension to file his (PDR) Petition for Discretionary Review. Due to lack of time in filing his petitoin cause of being notified late of the Court of Appeals Ninth District of Texas at Beaumont. Under the Texas Rules of Appellate Procedure 68.2 and 10.5 .

BACKGROUND:

On November 17, 2014 Tyler Leblanc was sentenced by the 365th District Court Hardin County, Texas. Mr. Leblanc requested his counsel to file an appeal for him. In October 2015 Tyler Leblanc was notified that there was never an appeal filed for him through documentation from the Ruben M. Torres Units. Law Library computer system. On October 30, 2015 Mr. Leblanc filed a motion for out of time appeal and request for appeal attorney. He sent the paperqork to his convicting District Court. That court asigned him Attorney Russel J. Wright. On November 25, 2015 The Ninth District of Texas Court of Appeal **DISMISSED** his appeal. Therefore the clock to file Appellant's PDR starting on that date. Appellant was not notif-ied of the Appeal Court's decision until December 10, 2015. Which is 15 days after the decision and ½ his alloted time to file his PDR.

(Pg.1)

ARGUMENT:

Texas Rules of Appellate Procedure 68.2(a)"First petition. The petition must be filed within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration was overruled by the court of appeals."

Texas Rules of Appellate Procedure 68.2(c)"Extension of time. The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition. The Court of Criminal Appeals may extend the time to file a response or reply if a party files a motion complying with Rule 10.5(b) either before or after the response or reply is due."

Texas Rules of Appellate Procedure 10.5(1)(A)(C)&(3)(A)(B)(C)(D)"(1)Contents of motion in general. All motions to extend time, except a motion to extend time for filing a notice of appeal, must state:(A)the deadline for filing the item in question;(C) the facts relied on to reasonably explain the need for an extension" Rule 10.5"(3) Contents of motion to extend time to file petition for review or petition fo rdiscretionary review. A motion to extend time to file a petition for review or petition for discretionary review must also specify: (A) the court of appeals; (B) the date of the court of appeals' judgment; (C) the case number and style of the case in th ecourt of appeals; and (D) the date every motion for rehearing or en banc reconsideration was filed, an deither the date and nature of the court of appeals' ruling on th emotion,or that it remains pending.

Answers to Rule 10.5 (3)(A) The appellant's case was filed in

(Pg.2)

the Court of Appeals Ninth District of Texas at Beaumont. (B) The Court of Appeals' judgement was rendered on November 25,2015. (C) The styled case in the listed court was an Appeal. The Case No's. were 09-15-00439-CR; 09-15-00440-CR; 09-15-00441-CR. The case numbers were all listed together.(D) There is no motions filed to request a rehearing in the Court of Appeals of the Ninth District.

Appellant recieved documentation of the order from the Court of Appeals on December 10, 2015. Which is fifteen days after the signed order. That being Appellant only had 30 days to file his PDR the due date being on December 25, 2015.

Appelant needs time to properly research and compile his PDR. Due to the late timing in him recieving the ORDER and that Appelant is filing everything Pro-Se and that he is a Layman-At-Law, it is unreasonable to conclude that he can fully and adequately file his PDR in the allotted time goverend by Rule 68,2

PRAYER:

Appellant respectfully requests for this Honorable Court to extend his time [45] Forty-Five days after December 25,2015 so he can adequately prepare his PDR. Appelant has never recieved a time extension before in this matter concerning his PDR.

INMATE DECLARTION:

I, Tyler Leblanc, TDCJ# 1969518 currently confined at the Ruben M. Torres Unit in Medina County, Texas declare under penalty of perjury that the above motion to file time extension for PDR is true and correct.

signed on this 15 day of December 2015

*Tyler LeBlanc #1969518*

Tyler Leblanc TDCJ# 1969518

(Pg.3)

*Under both federal law (28 U.S.C. § 1746) and State law (Art.132. 001, Texas C.P.R.C.) inmates incarcerated in Texas may use a unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary of public.*

CERTIFICATE OF SERVICE:

I hereby certify that a true & correct copy of the above motion to file time extension for PDR has been forwarded to the following address:

Texas Court of Criminal Appeals
Court Clerk
P.O. Box 12308
Austin, Texas 78711

By placing same in the Ruben M. Torres Unit U.S. Mailbox postage pre-paid first class on this 15 day of December 2015

Tyler Leblanc TDCJ# 1969518
Ruben M Torres Unit
125 Private Road 4303
Hondo, Texas 78861

Carbon Copy on File:

(Pg.4)

Court Clerk ,                                        December 15, 2015

    Can you please file the enclose motion for time extension for PDR in the proper fashion and manner.

    Thank you for your time and attention in this matter.


Sincerely,

Tyler Leblanc TDCJ# 1969518

Ruben M. Torres Unit
125 Private Road 4303
Hondo, Texas 78861


P.S.  Can you please send a stamped copied of the enclosed document for my personal records and proof of filing. Thank You for any inconvience this may cause you.